CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARCUS D. YOUNG,** | ) | CASE NO. 7:12CV00110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| **COMMONWEALTH, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 23rd day of March, 2012.

/s/ Glen E. Conrad
Chief United States District Judge